

# Fourth Court of Appeals
## San Antonio, Texas

August 21, 2019

No. 04-19-00294-CV

**GLOBAL TANK CONSTRUCTION, LLC** and Scott Leonard d/b/a Global Tank
Construction,
Appellants

v.

**TARSCO BOLTED TANK, INC.,**
Appellees

From the 81st Judicial District Court, Frio County, Texas
Trial Court No. 16-08-00339CVF
Honorable Russell Wilson, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED FOR
WANT OF PROSECUTION.  Costs of this appeal are taxed against appellant.

It is so **ORDERED** on August 21, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand, and affixed the seal of the said
court on this 21st day of August, 2019.

_____
Keith E. Hottle, Clerk of Court